FILED

07/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0417



IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0417

CHRISTOPHER WARDLE d/b/a MONTANA
DOG RESCUE MONTANA BORDER COLLIES,

      Plaintiff and Appellant,

    v.

JESSICA HEIMER a/k/a JESSICA
ZIMMERMAN, LEIF ZIMMERMAN, PRAIRIE
SONG RESCUE, OLD FARM KENNEL, JUSTIN
PHILBRICK, CHRISTOPHER BAKWIN,
CAROLE MCLAUGHLIN, LYDIA BAKER,
GEORGE GOLDSMITH, ZACHARY, JUSTIN
PHILBACK, ADAMS PUBLISHING GROUP
d/b/a LIVINGSTON ENTERPRISE, SEAN
BATURA, MARK DOBIE, and GREAT
PYRENEES RESCUE OF MONTANA,

      Defendant and Appellee.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

    DATED: June 5, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court